FILED
JUN 21 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21cr3298-TWR |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ERIC MATHEW VOLQUARDSON, | |
| Defendant. | |

WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in specific properties of Defendant ERIC MATHEW VOLQUARDSON ("Defendant"), pursuant to Title 21, United States Code, 853, Title 18, United States Code Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a firearm involved in the violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as set forth in Count 1 and as proceeds of and property involved in the violation of Title 21, United States Code, Section 841(a)(1) as charged in Count 2 of the Information; and,

WHEREAS, on or about March 23, 2022, Defendant pled guilty before Magistrate Judge Michael S. Berg to the Count 2 of the Information, which plea included consent to the forfeiture allegations of the Information, including forfeiture of all property seized in connection with this case, including but not limited to a Raven Arms model MP-25, .25 ACP caliber semiautomatic handgun, SN: 1390598.

WHEREAS, on April 7, 2022, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the Court finds that the United States has established the requisite nexus between the forfeited firearm and the offense; and,

WHEREAS, the firearm is currently in the custody of the National City Police Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant ERIC MATHEW VOLQUARDSON in the Raven Arms model MP-25, .25 ACP caliber semiautomatic handgun, SN: 1390598, which is currently in the custody of the National City Police Department is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853. The Court orders that the National City Police Department shall dispose of this firearm according to law, when no longer needed for evidence.

2. No ancillary proceedings or further forfeiture action is required as to Defendant ERIC MATHEW VOLQUARDSON for this criminal case.

3. Pursuant to rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 6/21/22

_Todd Robinson_
Honorable Todd W. Robinson
United States District Judge